SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MOISES VILLALOBOS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MOISES VILLALOBOS, | **Case No.: 2:26-cv-03941-PA-MBKx** |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| L.A.S.S ELECTRONICS INC.; YUCCA VALLEY PROPERTIES, LLC.; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: May 22, 2026          **SO. CAL EQUAL ACCESS GROUP**


          _/s/ Jason J. Kim_
          JASON J. KIM
          Attorney for Plaintiff